```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

EDWARD O'CONNELL,                )
                                 )
        Plaintiff                )
                                 )        Civil Action
    v.                           )        No. 12-cv-02540
                                 )
ASSOCIATED WHOLESALERS, INC.,    )
                                 )
        Defendant                )

## O R D E R

NOW, this 17th day of July, 2013, upon consideration of the following documents:

> (1) Defendant's Motion for Summary Judgment filed April 5, 2013; and
>
> (2) Reply of Plaintiff, Edward J. O'Connell, in Opposition to Motion for Summary Judgment of Defendant, Associated Wholesalers, Inc., which reply in opposition was filed April 15, 2013;

upon consideration the briefs of the parties, defendant's statement of undisputed material facts, the pleadings, exhibits, depositions and record papers; and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that Defendant's Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant Associated Wholesalers, Inc. and against plaintiff Edward O'Connell on plaintiff's Complaint filed May 9, 2012.

                              BY THE COURT:


                              /s/ JAMES KNOLL GARDNER
                              James Knoll Gardner
                              United States District Judge